# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

               **Plaintiff,**

-vs-

                                            Case No. 3:07-CR-107
                                            District Judge Thomas M. Rose

**CHAD BOEHMER**

               **Defendant.**

---

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

      Pursuant to the record set forth in open Court on May 25, 2012, the Defendant appeared with Counsel for a final revocation hearing, after having previously appeared before the Court, and entered admissions to the alleged violations. The Court previously found the Defendant had violated the conditions of his supervision and proceeded with sentencing. The Court ORDERS that:

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months. The Court recommends to the United States Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense, and that the Defendant be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

      The sentence is to be followed by a period of two (2) years of reimposed Supervised Release. All conditions of Supervised Release shall remain in effect as previously imposed. With the added condition that the Defendant will complete up to the first six (6) months of reimposed supervised release in a residential re-entry center at the direction of United States Probation Officer .

      The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant remanded to the custody of the U.S. Marshal.

      IT IS SO ORDERED.

Date: 5-25-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT